

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS (MERS) LITIGATION
Rutherford, et al. v. Land Home Financial Services, et al.,  )
    D. Nevada, C.A. No. 3:11-00769                          )          MDL No. 2119

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Rutherford*) on October 27, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Rutherford* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-13" filed on October 27, 2011, is LIFTED. The action is transferred to the District of Arizona for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James A. Teilborg.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 12·5·11
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.
CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _____ Deputy